IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANE I. DESTEFANO,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, *COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION*,<br>      Defendant. | :<br>:<br>:<br>:   CIVIL ACTION<br>:<br>:   NO. 07-3750<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this ___ of January, 2009, upon consideration of the parties' submissions in regards to Plaintiff's Request for Review (Doc. 11), and after careful review of the Report and Recommendation filed by United States Magistrate Judge Elizabeth T. Hey (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation dated December 11, 2008, is hereby **APPROVED** and **ADOPTED**; and

2. Judgment is entered affirming the decision of the Commissioner of Social Security, and the relief sought by Plaintiff is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark the above-captioned case as **CLOSED**.

**BY THE COURT**:

/s/ **Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**